# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Kyle Schneider
                            Plaintiff,

v.                                                          Case No.: 1:22–cv–04672
                                                           Honorable Robert W. Gettleman

Plainfield Pizza, Inc., et al.
                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 14, 2023:

      MINUTE entry before the Honorable Robert W. Gettleman: Telephonic hearing held on 6/14/2023. Plaintiff's counsel reported the parties are continuing settlement negotiations and plaintiff has not filed a demand for arbitration. The parties' request to continue the stay for 60 days to continue negotiations is granted. Telephonic hearing set for 8/16/2023 at 9:15 a.m. on the Webex platform. The stay in this matter is continued to 8/16/2023. Parties will not be asked to start their video. Members of the public and media may listen to these proceedings by dialing (650) 479–3207 the meeting number, access code, or PIN/ID is 1809883385. Counsel of record and other essential case participants will receive an email prior to the start of the hearing with instructions to join the hearing. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.