**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **KYLE SCHNEIDER, Individually and on Behalf of All Others Similarly Situated** ) <br> ) <br> ) <br> **Plaintiffs,** ) <br> v. ) <br> ) <br> **PLAINFIELD PIZZA, INC.** ) <br> **and RAFAEL MORENO** ) <br> ) <br> **Defendants.** ) | **Case No.: 1:22-cv-4672** <br><br> **JOINT STATUS REPORT** |

## JOINT STATUS REPORT

Plaintiff Kyle Schneider ("Plaintiff"), individually and on behalf of all others similarly situated, and Defendants Plainfield Pizza, Inc., and Rafael Moreno ("Defendants"), by and through their respective undersigned counsel, hereby provide this Joint Status Report as follows:

1. On November 4, 2022, the Court issued a Stay of this matter pending the results of arbitration. ECF No. 13.

2. A telephonic hearing was held on June 14, 2023, in which Plaintiff's counsel reported the parties are continuing settlement negotiations and Plaintiff has not filed a demand for arbitration. ECF No. 20.

3. On July 26, Plaintiff and Defendants reached a settlement in principle that will resolve all claims asserted by Plaintiff.

4. A draft settlement agreement has been prepared and the parties are in the process of finalizing settlement terms.

5. The parties expect to file the necessary settlement and dismissal papers with the Court within 21 days from the filing of this Joint Status Report.

>Respectfully submitted,
>
>**KYLE SCHNEIDER, Individually and on Behalf of All Others Similarly Situated, PLAINTIFF**
>
>SANFORD LAW FIRM, PLLC
>Kirkpatrick Plaza
>10800 Financial Centre Pkwy, Suite 510
>Little Rock, Arkansas 72211
>Telephone: (501) 221-0088
>Facsimile: (888) 787-2040
>
>*/s/ Josh Sanford*
>Josh Sanford
>Ark. Bar No. 2001037
>josh@sanfordlawfirm.com

and
>**PLAINFIELD PIZZA, INC. and RAFAEL MORENO, DEFENDANTS**
>
>COZEN O'CONNOR
>123 N. Wacker Drive, Suite 1800
>Chicago, Illinois 60606
>Telephone: (312) 474-7880
>
>*/s/ Austin G. Dieter*
>Austin G. Dieter
>CA Bar No. 305638
>adieter@cozen.com