UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KYLE SCHNEIDER, Individually and on Behalf of All Others Similarly Situated<br><br>                       Plaintiffs,<br>v.<br><br>PLAINFIELD PIZZA, INC.<br>and RAFAEL MORENO<br><br>                       Defendants. | Case No.: 1:22-cv-4672<br><br>JOINT STIPULATION OF DISMISSAL WITH PREJUDICE |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii), the Parties hereby stipulate to the dismissal of this action with prejudice, with each side to bear its own fees and costs, except as otherwise agreed.

Respectfully submitted,

**KYLE SCHNEIDER, Individually
and on Behalf of All Others
Similarly Situated, PLAINTIFF**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

*/s/ Josh Sanford*
Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

Page 1 of 2
Kyle Schneider, et al. v. Plainfield Pizza, Inc., et al.
U.S.D.C. (N.D. Ill.) Case No. 1:22-cv-4672
Joint Stipulation of Dismissal with Prejudice

|   |   |
|---|---|
| and | **PLAINFIELD PIZZA, INC. and RAFAEL MORENO, DEFENDANTS** |

COZEN O'CONNOR
123 N. Wacker Drive, Suite 1800
Chicago, Illinois 60606
Telephone: (312) 474-7880

*/s/ Austin G. Dieter*
Austin G. Dieter
CA Bar No. 305638
adieter@cozen.com

**Page 2 of 2**
**Kyle Schneider, et al. v. Plainfield Pizza, Inc., et al.**
**U.S.D.C. (N.D. Ill.) Case No. 1:22-cv-4672**
**Joint Stipulation of Dismissal with Prejudice**